SLIP OPINION

Cite as 2017 Ark. 58

# SUPREME COURT OF ARKANSAS

No. D–16–145

| | |
|---|---|
| IN RE: WADE NARAMORE, GARLAND COUNTY CIRCUIT COURT JUDGE, 18E JUDICIAL DISTRICT, DIVISION 2, AND JUDICIAL DISCIPLINE AND DISABILITY COMMISSION | **Opinion Delivered** February 23, 2017 <br><br><br><br> MOTION TO SET ASIDE ORDER OF SUSPENSION GRANTED. |

## PER CURIAM

On February 17, 2016, Judicial Discipline and Disability Commission, by and through the Executive Director, David J. Sachar, and Deputy Director, Emily White, together with Patrick Benca and Erin Cassinelli, counsel for Judge Wade Naramore, filed a joint petition for temporary suspension of Judge Wade Naramore. The petition explained the reason for the suspension was that criminal charges had been filed against Judge Wade Naramore. It further stated that "the Commission decided that the pending charges against Naramore adversely affect the judge's ability to perform his judicial duties."

This court granted the joint petition to temporarily suspend Judge Wade Naramore based on the pending criminal charges. On August 19, 2016, a jury acquitted Judge Naramore of all criminal charges. Counsel for Judge Naramore filed a motion to set aside the order of suspension. As the reason the parties provided the court in the joint petition no longer exists, the court grants the motion with the following stipulations. Judge Naramore's

SLIP OPINION

suspension for administrative functions is lifted. Judge Naramore's suspension regarding his ability to hear cases will be lifted upon this court's receipt and approval of an administrative plan that redistributes cases within the judicial district such that Judge Naramore will not be assigned dependency-neglect cases. The administrative judge is ordered to submit a new administrative plan to the court within seven days.

Motion to set aside order of suspension granted.